E. CLIFFORD POTTER, Respondent, *v.* CAROLINE M. BOYCE, Appellant.

*Potter* v. *Boyce*, 73 App. Div. 383, affirmed.
(Argued June 24, 1903; decided October 6, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered August 11, 1902, upon an order reversing a judgment in favor of defendant, entered upon a decision of the court on trial at Special Term and directing judgment for plaintiff.

*Henry Thompson* for appellant.

*Marcus T. Hun* and *David B. Ogden* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch., J., O'BRIEN, BARTLETT, VANN and WERNER, JJ. Absent: MARTIN, J. Not voting: CULLEN, J.